## Wenz v. Tirrill.

1. *Rule 30—Briefs and Abstracts.*—If the defendant in error or appellee shall fail to file his brief in compliance with the rules, the judgment or decree will be reversed *pro forma*, unless the court, on examination of the record, shall deem it proper to decide the case on its merits. 5 Brad. 13.

2. *Practice—Failure to File Brief.*—A failure on the part of appellee to file a brief under the rules of court is cause for reversal.

Memorandum.—Appeal from the County Court of Coles County, the Hon. LAPSLEY C. HENLEY, County Judge, presiding. Heard in this court at the May term, A. D. 1891, and reversed for a non-compliance with rule 30. Opinion filed October 24, 1892.

A. C. FICKLIN, attorney for appellant.

OPINION BY THE COURT.

No brief being filed for appellee, and the abstract failing to show that the judgment was clearly right, it is reversed and the cause remanded under Rule 30 of this court.

---

## Chicago & Alton R. R. Co. v. Byrum.

48b  41
153s  131

1. *Variance—Pleadings and Proof.*—An objection to a judgment on the ground of variance between the declaration and the proofs where made for the first time in the Appellate Court, if not interposed to the admission of the evidence nor among the reasons assigned in writing in support of a new trial, it must be considered as waived. Had the objections been specifically made at any time before judgment it could have been obviated in a few moments by an amendment of the declaration, but having submitted the case to the jury without so making it and taken the chances of a favorable verdict, a party can not be heard to urge it in the Appellate Court.

2. *Instructions—Duty of Carriers of Passengers.*—It is not error to instruct the jury, in an action against a railroad company for personal injuries, that common carriers of persons are required to do all that human care, vigilance and foresight can reasonably do, consistent with the character and mode of conveyance adopted and the practical prose-